# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| YANMAR AMERICA CORPORATION, a Georgia corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAY DEAN FARM EQUIPMENT )<br>AUCTION COMPANY, INC. and )<br>RAY DEAN, )<br>)<br>Defendants. )<br>) | Civil Action No. 2:12-cv-00731-MHT (WO) |

## CONSENT JUDGMENT AND INJUNCTION

Plaintiff Yanmar America Corporation ("Yanmar") and Defendants Ray Dean Farm Equipment Auction Company, Inc. ("Ray Dean Company") and Ray Dean, having conferred and agreed, judgment is hereby entered and Defendant Ray Dean Company is hereby enjoined as follows:

1. Ray Dean Company shall not import or purchase from importers used Yanmar® tractors manufactured for the local market in Japan ["Yanmar® Japanese Local Market tractors"] or used Zen-Noh tractors manufactured for the local market in Japan by the predecessor-in-interest

of Plaintiff's parent company, Yanmar Company Ltd. ("YCL") ["Zen-Noh Japanese Local Market tractors"][collectively "the accused tractors"].

2. Other than the five tractors in inventory on May 31, 2013 (models 1700, 1800, 3110, and 28D), Ray Dean Company shall not sell or offer for sale any accused tractors;

3. Ray Dean Company shall not use any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any Yanmar® Japanese Local Market tractor or Zen-Noh Japanese Local Market tractor originally manufactured by the predecessor-in-interest of Yanmar's parent company, Yanmar Company Ltd., or any part or component thereof, has been licensed, sponsored, approved, or authorized by or for Plaintiff;

4. Ray Dean Company shall not assist, aid, or abet any other person or business entity in engaging in or performing any of the activities referred to in paragraphs 1 through 3 above; and

All claims in this action against all parties are hereby dismissed without prejudice.  Each side shall bear its own costs in this dismissed action.

Based on the consent reflected below by the signatures of counsel for the parties, it is so ORDERED this 7th day of June, 2013.  This case is closed.

    /s/   Myron H. Thompson_____

The Honorable Myron H. Thompson

United States District Court Judge

Respectfully submitted this 4th day of June, 2013.

/s/ *James P. Pewitt*
James P. Pewitt
Alabama Bar No. ASB-7646-P62J
Email: jpp@johnstonbarton.com
Natalie A. Cox
Alabama Bar No. ASB-5184-N71C
Email: nac@johnstonbarton.com
JOHNSTON BARTON PROCTOR & ROSE LLP
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9400
Facsimile:  (205) 458-9500

/s/ *Amanda G. Hyland*

Gregory G. Schultz
Georgia Bar No. 630260
gschultz@taylorenglish.com
Steven J. Whitehead
Georgia Bar No. 755480
swhitehead@taylorenglish.com
Todd E. Jones

        Georgia Bar No. 403925
        tjones@taylorenglish.com
        Amanda G. Hyland
        Georgia Bar No. 325115
        ahyland@taylorenglish.com
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, Suite 400
        Atlanta, Georgia  30339
        Telephone: (770) 434-6868
        Facsimile:  (770) 434-7376

        Attorneys for Plaintiff Yanmar America Corporation


        */s/ John Michael Segrest*
        John Michael Segrest
        (ASB-8306-H58S)
        mike.segrest@segrestlaw.com
        THE SEGREST LAW FIRM
        1608-A Gilmer Avenue
        Post Office Box 780791
        Tallassee, AL 36078-0019
        (334) 252-0036

        Attorney for Defendants